114 A.3d 358

IN THE MATTER OF JENEL R. MARRACCINI, AN ATTORNEY AT LAW (ATTORNEY NO. 013752004).

June 2, 2015.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–065 of **JENEL R. MARRACCINI of SOUTHAMPTON, PENNSYLVANIA,** who was admitted to the bar of this State in 2004;

And the District VB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 3.3(a) (candor toward the tribunal), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 3.3(a), *RPC* 8.4(c), and *RPC* 8.4(d) and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VB–2014–0009E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JENEL R. MARRACCINI of SOUTH-AMPTON, PENNSYLVANIA** is hereby reprimanded; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.